**I4I LIMITED PARTNERSHIP and Infrastructures for Information Inc., Plaintiffs–Appellees,**

v.

**MICROSOFT CORPORATION, Defendant–Appellant.**

**No. 2009–1504.**

United States Court of Appeals, Federal Circuit.

Sept. 3, 2009.

Donald R. Dunner, Don O. Burley, Kara F. Stoll, Jason W. Melvin, Finnegan, Henderson, Farabow, Washington, DC, Erik R. Puknys, Finnegan, Henderson, Farabow, Palo Alto, CA, for Plaintiffs–Appellees.

Matthew D. Powers, Weil, Gotshal & Manges LLP, Redwood Shores, CA, Kevin Sean Kudlac, Amber Hatfield Rovner, Weil, Gotshal & Manges LLP, Austin, TX, Isabella E. Fu, Microsoft Corporation, Redmond, WA, Matthew D. McGill, Minodora D. Vancea, Gibson, Dunn & Crutcher LLP, Washington, DC, for Defendant–Appellant.

ON MOTION

PER CURIAM.

*ORDER*

Microsoft Corporation moves for a stay, pending appeal, of the district court's injunction. The appellees oppose. Microsoft replies.

Without prejudicing the ultimate determination of this case by the merits panel, the court determines based upon the motion papers submitted that Microsoft has met its burden to obtain a stay of the injunction.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.